IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY CHAMBERS,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil No. 3:12-1258 |
| ) | Judge Trauger |
| NEW ENGLAND COMPOUNDING  ) | |
| PHARMACY, INC., d/b/a New England  ) | |
| Compounding Center,  ) | |
| ) | |
| Defendant.  ) | |

**O R D E R**

Given the filing of bankruptcy by the defendant in this case, it is hereby **ORDERED** that this case is **STAYED** pursuant to 11 U.S.C. § 362(a) pending further order of the court. The initial case management conference scheduled for February 8, 2013 is **CANCELLED**.

It is so **ORDERED.**

ENTER this 7th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge